IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

ANTONIO PATTON                                                                                     PLAINTIFF

V.                                                               CIVIL CASE NO.: 1:24-CV-156-SA-DAS

TUPELO POLICE DEPT and
NORTH MS NARCOTIC UNIT                                              DEFENDANTS

ORDER

On October 9, 2024, the Plaintiff filed a Motion for Default Judgment [11]. The request was made prematurely, as the Defendants were only served on September 18, 2024. *See* [8, 9]. The Defendants timely responded to the Complaint [1]. *See* [12]. They are not in default. The Motion [11] is DENIED.

SO ORDERED, this the 29th day of October, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE